UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

        Plaintiff,

v.

TRAVIS MARTIN MCCOY,

        Defendant.

_____/

Case No. 13-cr-20557

Paul D. Borman
United States District Judge

Mona K. Majzoub
United States Magistrate Judge


On August 29, 2017, Magistrate Mona K. Majzoub issued a Report & Recommendation (ECF No. 69) in which she recommended that the Defendant's Motion for Probation Violation Disposition (ECF No. 60) be DENIED.

In the Report and Recommendation, the parties were advised that any objections must be filed within fourteen days of service of a copy as provided for in 28 U.S.C. 636(b)(1) and E.D. Mich. LR 72.1(d)(2) and that failure to file specific objections constitutes a waiver of any further right of appeal.

There having been no timely objections filed, the Court

(1) ACCEPTS the magistrate judge's Report and Recommendation
(ECF No. 69);


(2) DENIES Defendants Motion for Probation Violation Disposition.

SO ORDERED.

s/Paul D. Borman
Paul D. Borman
United States District Judge

Dated:  September 18, 2017


CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on September 18, 2017.

s/Deborah Tofil
Case Manager